IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STEPHANIE CAMPBELL, <br> an individual, <br>                  Plaintiff, <br> v. <br> FILM 47, LLC, <br> a Delaware corporation, <br> Serve: Corporation Service Company <br> 25 Little Falls Drive; Wilmington, DE 19808 <br> and <br> HOPE CREATIVE AGENCY LLC, <br> a California corporation, <br> Serve: Sara Hope Smith <br> 73 Market St.; Venice Beach, CA 90291 <br>                  Defendants. | Case No. 4:23-cv-734 |

## COMPLAINT

Stephanie Campbell states and alleges as follows:

### JURISDICTION AND VENUE

1. This is an action for copyright infringement arising under the Copyright Act of 1976, 17 U.S.C. §§ 101 *et. seq.*

2. This Court has jurisdiction of this action under 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over defendants because of their substantial and continuous business contacts with Missouri through their marketing and advertising to Missouri residents.

4. Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(a) because all of defendants conduct business within the judicial district and acts giving rise to this Complaint are believed to have occurred within this judicial district.

**PARTIES**

5. Ms. Campbell is a professional photographer based in Lake Winnebago, Missouri. She resides and is domiciled in Lake Winnebago, Missouri as well.

6. Upon information and belief, defendant Film 47, LLC ("Film 47") is a Delaware company located at 2045 S Barrington Avenue, Los Angeles, California 90025. It is a film media business with a national and international reach soliciting clients from around the world. The Registered Agent is Corporation Service Company, 25 Little Falls Drive, Wilmington, Delaware 19808.

7. Upon information and belief, defendant Hope Creative Agency LLC ("Hope Creative") is a California company located at 73 Market Street, Venice Beach, California 90291, it is a branding, marketing, and design company that works with and solicits new clients nationally and internationally.

**FACTUAL ALLEGATIONS**

<u>Stephanie Campbell</u>

8. Ms. Campbell is a professional photographer.

9. Ms. Campbell played football in Kansas City for various teams, including teams in the Women's Football Association ("WFA"), a professional tackle football league.

10. During her time in the WFA, Ms. Campbell became familiar with Katie Sowers, an individual who recently gained national notoriety for becoming the National Football League's first openly gay, and second full-time woman coach.

11. This unique combination of being a professional photographer who is also a colleague of Katie Sowers gave Ms. Campbell unparalleled access to photograph Ms. Sowers at the moment she learned about her groundbreaking hire.

12. Consequently, Ms. Campbell was able to capture high quality, close-up photographs of Ms. Sowers' reaction to the news and subsequent action shots of Ms. Sowers coaching.

13. Among the numerous photographs taken by Ms. Campbell is the following photograph ("Sowers Photograph"):



14. Ms. Campbell owns the exclusive rights to the Sowers Photograph. It is registered with the U. S. Copyright Office, Reg. No. VA 2-073-437.

**Film 47**

15. Defendant Film 47 made the Sowers Photograph available on its website without authorization from Ms. Campbell.

16. Specifically, the enclosed photograph of Katie Sowers appeared at:

https://filmforties.com/film-40-press/category/film47 without authorization or license from

Ms. Campbell:



17. Ms. Campbell has not licensed the Sowers Photograph or any of her other photographs to Film 47.

18. Sometime last year, Film 47 removed access to the photograph from that URL after being contacted by the undersigned.

19. Upon information and belief, Film 47 did not credit Ms. Campbell as the photographer of the Sowers Photograph.

20. Upon information and belief, the Hope Creative Agency provided the photograph to Film 47.

21. Ms. Campbell contacted Film 47 in 2022 but was not able to reach a resolution.

**Hope Creative Agency**

22. Defendant Hope Creative Agency is a branding, marketing, and design company.

23. Upon information and belief, Film 47 hired Hope Creative Agency for web design among other things.

24. Hope Creative Agency included the Stowers photograph on the Film 47 website without authorization from Ms. Campbell:



25. Ms. Campbell has not licensed the Sowers Photograph or any of her other photographs to the Hope Creative Agency.

26. Ms. Campbell sent several letters to Hope Creative Agency in 2022 about the wrongful use of the photograph, but never received a reply.

## COUNT I

27. Plaintiff incorporates by reference the foregoing allegations as if fully set forth herein.

28. Ms. Campbell discovered in 2022 that defendants had used the Sowers Photograph without permission from Ms. Campbell by copying, distributing, reproducing, or displaying publicly the photograph.

29. Ms. Campbell is the exclusive owner of a valid and registered copyright in the Sowers Photograph.

30. Defendant Film 47 has copied, reproduced, distributed, displayed, and otherwise used the Sowers Photograph even though it did not have permission to use the Sowers Photograph.

31. The use by Film 47 infringed Ms. Campbell's exclusive rights in the Sowers Photograph.

32. Defendant Film 47's website includes commercial advertising targeting clients and potential clients including those in Missouri.

33. Ms. Campbell has incurred actual damages.

**COUNT II**

34. Plaintiff incorporates by reference the foregoing allegations as if fully set forth herein.

35. Ms. Campbell is the exclusive owner of a valid and registered copyright in the Sowers Photograph.

36. Defendant Hope Creative Agency has copied, reproduced, distributed, displayed, and otherwise used the Sowers Photograph even though it did not have permission to use the Sowers Photograph.

37. The use by Hope Creative Agency infringed Ms. Campbell's exclusive rights in the Sowers Photograph.

38. Defendant Hope Creative Agency's website and those of its other properties includes commercial advertising targeting clients and potential clients, including those in Missouri.

39. Ms. Campbell has incurred actual damages.

WHEREFORE, Ms. Campbell prays for a judgment and decree of this Court as follows:

1. For injunctive relief prohibiting the defendants from further copying, marketing, or distribution of the copyrighted Sowers Photograph or any other infringing conduct; for injunctive relief requiring the defendants to remove any infringing works;

2. For statutory damages, actual damages, or both;

3. For reasonable costs and attorney fees;

4. For prejudgment interest; and

5. For such other and further relief that this Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests trial by jury on all issues so triable.

## DESIGNATION OF PLACE OF TRIAL

Plaintiff hereby designates Kansas City, Missouri as the place of trial.

By: */s/ David L. Rein Jr.*
David L. Rein Jr., #43411
James Kernell, #48850
Kyle D. Donnelly, #KS-00087
AVEK IP, LLC
7285 West 132nd Street, Suite 340
Overland Park, Kansas 66213
Telephone: 913-549-4700
Facsimile: 913-549-4646
Email: jkernell@avekip.com
drein@avekip.com
kdonnelly@avekip.com

*Attorneys for Plaintiff*
*Stephanie Campbell*